# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KC & HC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DILLARD'S, INC., *et al.*,<br><br>Defendants. | Case No.: CV 19-6691-DMG (FFMx)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE [30]** |

1

1  Pursuant to the parties' stipulation, and good cause appearing,

2  IT IS HEREBY ORDERED THAT the above-captioned action is dismissed
3  without prejudice in its entirety, with each party bearing its own costs and attorneys'
4  fees as incurred in this action.

5

6  DATED: September 30, 2020     _____
7                                 DOLLY M. GEE
8                                 UNITED STATES DISTRICT JUDGE